United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                    Chapter 13
CELESTINE   JONES


Debtor(s)                                 Bankruptcy No.  1119752


Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List


AND NOW, this      day of             , 201_ upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee, this case is dismissed, and it is further ORDERED, that VERN ANASTASIO                counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby VACATED.

_____    11-20-12
Hon. Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119


Counsel for Debtor(s)

VERN   ANASTASIO
2208 SOUTH STREET

PHILADELPHIA   PA   19146


Debtor(s)

CELESTINE   JONES


7761 BENNETT ROAD
WYNCOTE   PA   19095